ROSA VELA, on behalf of herself and
others similarly situated

       Plaintiff,

v.                                                          Case No: 2:18-cv-165-FtM-38MRM

SUNNYGROVE LANDSCAPE &
IRRIGATION MAINTENANCE, LLC,

       Defendant.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 21). Judge McCoy recommends that the parties' Amended Joint Motion for Approval of Settlement (Doc. 20) be approved. For the following reasons, the Court accepts and adopts Judge McCoy's Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

This is the parties' second attempt at obtaining court approval of their Fair Labor Standards Act ("FLSA") settlement. (Docs. 18; 19). In their first attempt, Judge McCoy recommended that their settlement not be approved. (Doc. 19). In response, the parties filed their Amended Joint Motion for Approval of Settlement. (Doc. 20). Judge McCoy now recommends that the amended settlement agreement be approved. (Doc. 21). After independently examining the file and on consideration of Judge McCoy's findings and recommendation, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. 21) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.

2. The parties' Amended Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED.** The revised settlement agreement (Doc. 20-1) is approved as a fair and reasonable resolution of a bona fide dispute of the parties' FLSA issues.

3. This action is **DISMISSED with prejudice.**

4. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of November 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record